IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-110-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROLAND SYLVESTER COOPER, ) | |
|     Defendant. ) | |

The above-captioned case is scheduled, by previous order, for trial with jury selection to commence at **10:00 a.m. on Monday, November 4, 2013,** at the United States Courthouse in Greenville, North Carolina. Counsel shall appear in chambers at 9:30 a.m. on November 4, 2013, with proposed witness lists specifically identifying each witness' name and city of residence. Counsel shall submit any proposed voir dire and requests for jury instructions no later than October 24, 2013. Estimated trial time is 2-3 days.

    This 29th day of August 2013.

                                              MALCOLM J. HOWARD
                                              Senior United States District Judge

At Greenville, NC
#26