UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION



UNITED STATES OF AMERICA

vs.  Case No: 4:12-CR-110-1H

ROLAND SYLVESTER COOPER  ORDER

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on January 13, 2014 be turned over to ~~Special Agent Adam Boyd, ALE~~ Kevin Sitterson, Plymouth PD to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 14 | Marijuana |
| 13 | Firearm |
| 25 | Marijuana |
| 37 | Crack Cocaine |
| 43 | Firearm |
| 69 | Ammunition |

This 13th day of January, 2014.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____