UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION



UNITED STATES OF AMERICA

vs.   Case No: 4:12-CR-110-1H

ROLAND SYLVESTER COOPER   ORDER

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on January 14, 2014 be turned over to Kevin Sitterson, Plymouth Police Department to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 51 | Green Cigar tube |
| 73 | Marijuana |
| 74 | Bag of Marijuana |
| 56 | Crack Cocaine |
| 58 | Firearm |
| 59 | Firearm |
| 61 | Ammunition |
| 63 | Ammunition |
| 70 | Ammunition |
| 71 | Ammunition |
| 68 | Firearm |
| 65 | Ammunition |
| 45 | Marijuana |
| 47 | Grinder |
| 72 | Pink Cigar Tube |
| 49 | Marijuana |
| 53 | Ammunition |

This 14th day of January, 2014.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____